CITY OF ST. LOUIS TO USE OF JAMES CREAMER, Respondent, *v.* JAMES CLEMENS, JR., Appellant.

*Appeal from St. Louis Law Commissioner's Court.*

*Farish,* for respondent.

*Gardner,* for appellant.

HOLMES, Judge, delivered the opinion of the court.

This case must be reversed and dismissed in accordance with the decision in " City to use of Decker v. Rudolph," at the present term, on the ground that the Law Commissioner's Court had no jurisdiction of such cases.

Judge Wagner concurs. Judge Lovelace absent.